# Thimesch Law Offices

171 FRONT STREET, SUITE 102
DANVILLE, CA 94526-3321

---

PHONE 925/855-8235
FAX 925/855-8435

May 18, 2003

VIA ECF

HON. JAMES LARSON
U.S. DISTRICT COURT
450 Golden Gate Ave., 15th Floor
P.O. Box 36060
San Francisco, CA   94102-3483

      Re:    Camalo v. Fukusuke Restaurant, et al.
              Case No.   C03-0575 JL
              **Submission of Proposed Order To Enlarge Case Scheduling Dates**
                  **By Thirty Days To Complete Service**

Dear Judge Larson:

    None of the defendants have appeared or have been served.

    Plaintiff requests approval of the enclosed Proposed Order Enlarging the Case Scheduling Dates by thirty days to permit completion of service and the appearance of the defendants.  The Complaint is out for rush service.  Service was delayed by further investigation into liability (building records and remediation) that we determined was necessary following the filing of the Complaint.

    Plaintiff requests the court's approval.

                                      Sincerely,

                                      TIMOTHY S. THIMESCH

Enc.